402     APPELLATE COURTS OF ILLINOIS.

Fleming et al. v. Elgin, Joliet & Eastern Ry. Co., 200 Ill. App. 402.

## William Fleming and Jane Fleming, Appellees, v. Elgin, Joliet & Eastern Railway Company, Appellant.

### Gen. No. 6,042. (Not to be reported in full.)

Appeal from the Circuit Court of Will county; the Hon. DORRANCE DIBELL, Judge, presiding. Heard in this court at the April term, 1915. Affirmed. Opinion filed April 14, 1916.

### Statement of the Case.

Action by William Fleming and Jane Fleming, plaintiffs, against the Elgin, Joliet & Eastern Railway Company, defendant, for damages to plaintiffs' real estate caused by elevation of the defendant's tracks. From a judgment for plaintiffs, defendant appeals.

KNAPP & CAMPBELL and O'DONNELL, DONOVAN & BRAY, for appellant; JOHN R. COCHRAN, of counsel.

S. J. DREW, for appellees.

PER CURIAM.

### Abstract of the Decision.

APPEAL AND ERROR, § 1755*—*when judgment affirmed by operation of law.* Where one of the judges of the Appellate Court, before which an appeal is heard, tried the case in the court below and the other two judges are divided in opinion upon the question whether the judgment should be affirmed or reversed, the judgment is affirmed by operation of law.

DIBELL, P. J., took no part in this decision.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.